Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| GLORIA P. WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETCO HEALTH AND WELLNESS COMPANY, INC., a foreign corporation, PETCO ANIMAL SUPPLIES, INC., a foreign corporation, and PETCO ANIMAL SUPPLIES STORES, INC., a foreign corporation, | Case No.: 3:23-cv-5633<br><br>**CONSENT STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS PETCO HEALTH AND WELLNESS COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC.**<br><br>NOTE ON MOTION CALENDAR: MAY 30, 2024 |

COME NOW, Plaintiff GLORIA WILSON and Defendants PETCO HEALTH AND

WELLNESS COMPANY, INC., PETCO ANIMAL SUPPLIES, INC. and PETCO ANIMAL

SUPPLIES STORES, INC., by and through their undersigned attorneys of record, and stipulate

that the above captioned matter as against Defendants PETCO HEALTH AND WELLNESS

COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC. only be dismissed without

prejudice and without award of costs or fees to any party.  The proposed style of the case will

be changed to GLORIA P. WILSON v. PETCO ANIMAL SUPPLIES STORES, INC.

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS PETCO HEALTH
AND WELLNESS COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC.
Case No.: 3:23-cv-5633
PAGE 1 OF 4

{SECURE FIRM/88010/00002/PLEADING/04121152.DOCX }
4874-7714-3493, v. 1

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**
2522 N. Proctor St., #91
Tacoma, Washington 98406
(253) 509-1874

1

Respectfully submitted, this 5th day of June, 2024.

2

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

3

4

By: /s/ Timothy L. Mitchell

5

TIMOTHY L. MITCHELL, WSBA No. 57441
2522 N. Proctor St., #91

6

Tacoma, Washington 98406
(253) 509-1874

7

tmitchell@cmlawfirm.com
Attorneys for Defendants

8

9

ANDERSON LAW, PLLC

10

11

By: /s/ Tom Klusmeyer

Joshua D. Anderson, WSBA #40580

12

Thomas J. Klusmeyer, WSBA #12363
David Glindmeyer, WSBA #51286

13

8520 182nd Avenue East
Bonney Lake, Washington 98391

14

(253) 862-1811
Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS PETCO HEALTH
AND WELLNESS COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC.
Case No.: 3:23-cv-5633
PAGE 2 OF 4

{SECURE FIRM/88010/00002/PLEADING/04121152.DOCX }
4874-7714-3493, v. 1

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP
2522 N. Proctor St., #91
Tacoma, Washington 98406
(253) 509-1874

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| GLORIA P. WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>PETCO HEALTH AND WELLNESS<br>COMPANY, INC., a foreign corporation,<br>PETCO ANIMAL SUPPLIES, INC., a<br>foreign corporation, and PETCO ANIMAL<br>SUPPLIES STORES, INC., a foreign corporation, | Case No.: 3:23-cv-5633<br><br>**ORDER OF DISMISSAL OF<br>DEFENDANTS PETCO HEALTH AND<br>WELLNESS COMPANY, INC. and<br>PETCO ANIMAL SUPPLIES, INC.** |

The Court having considered the foregoing Stipulation and having reviewed the files and records herein and having been fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that the above captioned matter is dismissed as against Defendants PETCO HEALTH AND WELLNESS COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC. only without prejudice and without award of costs or fees to any party.  The style of the case is hereby changed to <u>GLORIA P. WILSON v. PETCO ANIMAL SUPPLIES STORES, INC.</u>

DATED this <u>10th</u> day of <u>June</u> , 2024.

_(signature)_
UNITED STATE DISTRICT JUDGE

PRESENTED BY:

_/s/ Timothy L. Mitchell_
TIMOTHY L. MITCHELL, WSBA No. 57441

_/s/ Tom Klusmeyer_
Thomas J. Klusmeyer, WSBA #12363

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS PETCO HEALTH
AND WELLNESS COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC.
Case No.: 3:23-cv-5633
PAGE 3 OF 4

{SECURE FIRM/88010/00002/PLEADING/04121152.DOCX }
4874-7714-3493, v. 1

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**
2522 N. Proctor St., #91
Tacoma, Washington 98406
(253) 509-1874

**CERTIFICATE OF SERVICE**

I hereby declare under the penalty of perjury under the laws of the State of Washington that I have served a true and correct copy of STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS PETCO HEALTH AND WELLNESS COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC., except where noted, of the foregoing upon the individual(s) listed by the following means:

| Plaintiff's Counsel: | |
|---|---|
| Joshua D. Anderson, Esq.<br>Thomas J. Klusmeyer, Esq.<br>David D. Glindmeyer, Esq.<br>Anderson Law, PLLC<br>8520 182nd Avenue East<br>Bonney Lake, WA 98391<br>josh@jdandersonlaw.com<br>tom@jdandersonlaw.com<br>david@jdandersonlaw.com | [  ] U.S. Postal Service (First Class)<br>[  ] Facsimile to<br>[  ] _____ Express Mail<br>[  ] Hand Delivery<br>[  ] Via Legal Messenger<br>[X] E-Mail<br>[X] E-service via the Court |

SIGNED at Tacoma, Washington, on this 5th day of June, 2024.

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

By: */s/ Timothy L. Mitchell*
TIMOTHY L. MITCHELL, WSBA No. 57441
2522 N. Proctor St., #91
Tacoma, Washington 98406
(253) 509-1874
tmitchell@cmlawfirm.com
Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS PETCO HEALTH AND WELLNESS COMPANY, INC. and PETCO ANIMAL SUPPLIES, INC.
Case No.: 3:23-cv-5633
PAGE 4 OF 4

CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP
2522 N. Proctor St., #91
Tacoma, Washington 98406
(253) 509-1874

{SECURE FIRM/88010/00002/PLEADING/04121152.DOCX }
4874-7714-3493, v. 1